**Order entered October 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00599-CR

**ALIX HENRY SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB17-34875**

**ORDER**

Before the Court is the October 24, 2022 request of court reporter Pamela A. Durke-Sweeney for an extension of time to file a supplemental reporter's record of the voir dire portion of trial. We **GRANT** the request and **ORDER** the supplemental reporter's record filed by **November 28, 2022**. Appellant's brief shall be due thirty days after the filing of the supplemental reporter's record.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE